1
2
3
4
5
6
7
8
9
10          IN THE UNITED STATES DISTRICT COURT
11         FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                  SOUTHERN DIVISION
13

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED, a New Zealand corporation, | ) Case No. 8:19-CV-00835-JVS-DFM |
| | ) **[PROPOSED] ORDER ON MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT** |
| Plaintiff, | ) |
| v. | ) Honorable James V. Selna |
| FLEXICARE INCORPORATED, a California corporation, | ) |
| Defendant. | ) |

The Court, having considered Plaintiff Fisher & Paykel Healthcare Limited's Motion for Leave to Amend Its Second Amended Complaint, having read the submissions of the parties and considered any arguments of counsel, hereby **GRANTS** Fisher & Paykel Healthcare Limited's Motion and hereby **ORDERS**:

- Fisher & Paykel Healthcare Limited's Third Amended Complaint, attached as Exhibit 1 to the memorandum in support of its motion, **shall be filed separately within seven days**.

**IT IS SO ORDERED.**

Dated: _____

Honorable James V. Selna