JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213-443-4355
Facsimile: 213-443-4310

CHRISTOPHER C. CAMPBELL *(pro hac vice)*
chris.campbell@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Telephone: 202-626-5578
Facsimile: 202-626-3737

JAMES P. BROGAN (Bar No. 155906)
jbrogan@kslaw.com
KING & SPALDING LLP
1515 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: 720-535-2310
Facsimile: 720-535-2400

Attorneys for Defendant
FLEXICARE INCORPORATED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED<br><br>Plaintiff,<br><br>v.<br><br>FLEXICARE INCORPORATED<br><br>Defendant. | CASE NO. 8:19-CV-00835JVS(DFMx)<br><br>**DECLARATION OF PETER J. SAUER IN SUPPORT OF FLEXICARE INCORPORATED'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND SECOND AMENDED COMPLAINT** |

I, Peter J. Sauer, hereby declare as follows:

1. I am a senior associate at the law firm of King & Spalding LLP and counsel of record for Defendant Flexicare Incorporated ("Flexicare") in this action, in which I have been admitted *pro hac vice*. If called upon to testify, I could and would testify competently to the statements contained in this Declaration.

2. Attached as **Exhibit 1** is a true and correct copy of email messages with counsel for Fisher & Paykel Healthcare Limited ("F&P"), Ms. Swaroop and Mr. Zoretic, during the period October 31, 2019, through January 10, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of Flexicare Neonatal Heated Wire Breathing Systems (FPHFLX0008572 - 8573). This document was produced by F&P on August 19, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of Flexicare Ventilator Breathing Systems with Advanced Active Humidification (FPHFLX0008577 - 8580). This document was produced by F&P on August 19, 2019.

5. Attached as **Exhibit 4** is a true and correct copy of June 23, 2016 correspondence from the Department of Health & Human Services to Flexicare (FPHFLX0008558 - 8569). This document was produced by F&P on August 19, 2019.

6. Attached as **Exhibit 5** is a true and correct copy of Flexicare Adult Heated Wire Breathing Systems (FLEX000774 – 776). This document was produced by Flexicare on August 30, 2019.

7. Attached as **Exhibit 6** is a true and correct copy of Flexicare Heated Wire Breathing System (FLEX000567). This document was produced by Flexicare on August 30, 2019.

8. Attached as **Exhibit 7** is a true and correct copy of Flexicare Group Companies House filing history, available at https://beta.companieshouse.gov.uk/company/09109193/filing-history. Companies House is the UK's registrar of companies. Highlights were added to

|     |     |
| --- | --- |
| 1   | this exhibit to identify the 2018 and 2017 annual reports filed by Flexicare Group |
| 2   | Limited. |
| 3   | 9. Attached as **Exhibit 8** is a true and correct copy of Flexicare Medical |
| 4   | Limited Companies House filing history, available at |
| 5   | https://beta.companieshouse.gov.uk/company/02428573/filing-history. |
| 6   | Companies House is the UK's registrar of companies. Highlights were added to |
| 7   | this exhibit to identify the 2018 and 2017 annual reports filed by Flexicare Medical |
| 8   | Limited. |
| 9   | 10. Attached as **Exhibit 9** is a true and correct copy of Flexicare's Initial |
| 10  | Disclosures, served July 22, 2019. |
| 11  | I declare under the penalty of perjury and the laws of the United States that |
| 12  | the foregoing is true and correct this 17th day of January 2020, at Denver, Colorado. |

*Peter J. Sauer*
PETER J. SAUER

DECLARATION OF PETER J. SAUER IN SUPPORT OF FLEXICARE INCORPORATED'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND SECOND AMENDED COMPLAINT