IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED, a New Zealand corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLEXICARE INCORPORATED, a California corporation,<br><br>Defendant. | Case No. 8:19-cv-00835-JVS-DFM<br><br>**ORDER GRANTING STIPULATION REGARDING EXPERT DECLARATIONS AND CONTINUATION OF CLAIM CONSTRUCTION HEARING**<br><br>Hon. James V. Selna |

The Court, having considered the parties' Stipulation Regarding Expert Declarations And Continuation Of Claim Construction Hearing, and good cause shown, hereby **GRANTS** the Stipulation as follows:

1. The following stipulated schedule is adopted:

| Event | Deadline |
|---|---|
| Deadline for Flexicare to file a declaration from Dr. Abraham. **Limited to summary of Abrams deposition.** | 1/23/20 |
| Deadline for Fisher & Paykel Healthcare to file a supplemental declaration from Dr. Geise in response to the January 23, 2020 declaration of Dr. Abraham | 2/3/20 |
| Deadline for Flexicare to notify Fisher & Paykel Healthcare if it will take the deposition of Dr. Geise. **Parties to advise Court if deposition goes forward.** | 2/6/20 at 3 p.m. |
| Deposition of Dr. Geise in California (if requested by Flexicare) | 2/11/20 |
| Supplemental Markman Hearing | 2/24/20 at 3:00 p.m. |

**IT IS SO ORDERED.**

Dated: January 23, 2020

_____
Honorable James V. Selna
UNITED STATES DISTRICT JUDGE

- 1 -