# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 19-00835-JVS (DFMx) | Date: | July 14, 2020 |
| Title | Fisher and Paykel Healthcare Limited v. Flexicare Incorporated | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Attorneys' Fees

    On May 22, 2020, the Court granted FPH's Motion to Compel and ordered Flexicare to complete their document production for RFP Nos. 3, 5-7, 9-13, 15-23, 25-27, 29, 31, and 33 by June 5, 2020. See Dkt. 123. FPH now contends that Flexicare failed to complete production until July 7, long after the Court-ordered deadline, and only after significant handwringing. FPH requests that the Court require Flexicare to pay FPH's reasonable expenses, including its attorneys' fees, caused by Flexicare's failure to comply with the Court's Order. Flexicare responds that its June 5 production met its discovery obligations and that any additional production indicates its commitment to cooperation.

    Federal Rule of Civil Procedure 37(b)(2)(C) provides that when a party fails to comply with a court order, "the court must order the disobedient party, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure . . . ."

    The Court has reviewed the RFPs and Flexicare's recent productions. The Court finds that FPH has, at best, shown one or two instances of imperfect conduct. However, the Federal Rules of Civil Procedure "do not require perfection or a guarantee that every possible responsive document has been found or produced." Reinsdorf v. Skechers USA, Inc., 296 F.R.D. 604, 631 (C.D. Cal. 2013). Instead, they require only that the search for responsive materials be objectively reasonable. Flexicare's conduct indicates that they have generally been compliant. As one example, the referenced distribution agreement was not executed until May 20, 2020 and, once identified, was immediately produced on June 29. That effort strikes the Court as reasonable.

    An award of fees is inappropriate at this time. FPH's request is DENIED. The July 15 telephonic hearing is removed from the Court's calendar.