UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SA CV 19-00835-JVS (DFMx) | Date: | July 31, 2020 |
|---|---|---|---|
| Title | Fisher and Paykel Healthcare Limited v. Flexicare Incorporated | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Deposition Times

    Using my informal telephone conference procedure, the parties have sought my assistance to determine the start time for the remote deposition of Flexicare's three remaining United Kingdom-based witness. The parties previously agreed to a start time of 1 PM BST (5 AM PST) and end time of 8 PM BST (12 PM PST). If the deposition was unfinished, the witness had the option to keep going or continue to another day. Flexicare's first UK-based witness went until 8:32 PM BST but felt "exhausted and sluggish." After that, Flexicare requested that depositions begin at 9 AM BST (1 AM PST). The parties are now at an impasse. Each side submitted a letter brief. After reviewing the briefs, and given the nature of the dispute, I asked the parties whether a telephone conference was necessary. They indicated that it was not.

    It's preferable to have a schedule in which no one has to take a deposition or have their deposition taken in the middle of the night. With only 8 hours between British time and California time, a schedule in which depositions begin at the crack of dawn in California achieves that goal. Accordingly, I take FPH's side in this timing dispute. I do not think lawyers should be asked to begin a deposition at one in the morning. (After all, lawyers are people, too.). If depositions that begin at 1 PM BST proceed into the evening hours, the witness and counsel may decide to adjourn the deposition for a second day.

    Accordingly, Flexicare is ORDERED to make its UK-based witnesses available for remote depositions starting at 1 PM BST (5 AM PST). Any depositions proceeding under this order may be adjourned to a second day in the sole discretion of Flexicare and its counsel if needed and if preferable to the witness.