JOSEPH N. AKROTIRIANAKIS (Bar No. 197971)
jakro@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213-443-4355
Facsimile: 213-443-4310

CHRISTOPHER C. CAMPBELL *(pro hac vice)*
chris.campbell@kslaw.com
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Telephone: 202-626-5578
FACSIMILE: 202-626-3737

JAMES P. BROGAN (Bar No. 155906)
jbrogan@kslaw.com
KING & SPALDING LLP
1515 Wynkoop Street, Suite 800
Denver, CO 80202
Telephone: 720-535-2310
Facsimile: 720-535-2400

Attorneys for Defendants
FLEXICARE INCORPORATED, FLEXICARE MEDICAL LIMITED, and FLEXICARE (GROUP) LIMITED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FLEXICARE INCORPORATED; FLEXICARE MEDICAL LIMITED, a United Kingdom company; and FLEXICARE (GROUP) LIMITED, a United Kingdom company,<br><br>Defendants. | Case No. 8:19-CV-00835JVS(DFMx)<br>[*The Honorable James V. Selna*]<br><br>**JOINT NOTICE AND WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL PRODUCTION OF EMAILS FROM CUSTODIAN STEVE LACKE (Dkt. No. 219)**<br><br>Date:      November 10, 2020<br>Time:      10:00 a.m.<br>Location:  Courtroom 6B<br><br>*[Discovery Document: Referred to Magistrate Judge Douglas F. McCormick]* |

Plaintiff Fisher & Paykel Healthcare Limited ("FPH") and Defendants Flexicare Incorporated, Flexicare Medical Limited, and Flexicare (Group) Limited ("Flexicare") appeared before Judge McCormick on November 10, 2020 for a telephonic hearing on Flexicare's Motion to Compel Production of Emails from Custodian Steve Lacke. (Dkt. No. 233.)

At the hearing, the Court ordered the parties to again confer regarding the dispute on or before November 13. Counsel for the parties conferred via telephone on November 13 and hereby notify the Court that agreement regarding Mr. Lacke's emails was reached and no further Court involvement is necessary. Flexicare hereby withdraws its Motion to Compel Production of Emails from Custodian Steve Lacke.

DATED: November 16, 2020   KING & SPALDING LLP

By: */s/Peter Sauer (pro hac vice)*
CHRISTOPHER C. CAMPBELL
JOSEPH N. AKROTIRIANAKIS
JAMES P. BROGAN
PETER SAUER *(pro hac vice)*
Attorneys for Defendants

FLEXICARE INCORPORATED;
FLEXICARE MEDICAL LIMITED; and
FLEXICARE (GROUP) LIMITED

DATED: November 16, 2020   KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/Sheila Swaroop*
STEPHEN C. JENSEN
SHEILA N. SWAROOP
DAVID G. JANKOWSKI
MARKO R. ZORETIC
BENJAMIN J. EVERTON
DOUGLAS B. WENTZEL
Attorneys for Plaintiff

FISHER & PAYKEL HEALTHCARE LIMITED

# **ATTESTATION**

I, Peter Sauer, hereby attest that all other signatories listed above concur in this filing's content and have authorized me to make this filing.

Dated: November 16. 2020          KING & SPALDING LLP

By: */s/Peter Sauer*
    PETER SAUER *(pro hac vice)*
    Attorneys for Defendants
    FLEXICARE INCORPORATED,
    FLEXICARE MEDICAL LIMITED, and
    FLEXICARE (GROUP) LIMITED