UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-00835 JVS(DFMx) | Date | 6/28/21 |
| Title | Fisher and Paykel Healthcare Limited v. Flexicare Incorporated | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Benjamin Everton; Sheila Swaroop<br>Marko Zoretic; Douglas Wentzel | James Brogan; Peter Sauer<br>Abby Parsons |

**Proceedings:**  Defendants' Motion for Summary Judgment of Non-Infringement [304]

Plaintiff Fisher & Paykel Healthcare's Motion for Summary Judgment of Infringement 7,493,902 [308]
Plaintiff Fisher & Paykel Healthcare's Motion for Summary Judgment of Infringement of US Patent No. 7,043,979 [309]
Plaintiff Fisher & Paykel Healthcare's Motion for Summary Judgment of Infringement of US Patent No. 7,140,366 and 7,559,324 [310]
Defendants' Motion for Partial Summary Judgment of No Lost Profits [315]
Defendants' Motion for Summary Judgment of Non-Infringement or, in the alternative, Invalidity for the Breathable Material Patents [321]
Defendants' Motion for Summary Judgment of Invalidity of US Patent No. 7,043,979 Under 35 USC Sections 102 and 103 [324]
Plaintiff Fisher & Paykel Healthcare's Motion to Strike Late-Produced evidence and Flexicare's Reliance Thereon [372]

Cause is called for hearing and counsel make their appearances. Motions are argued and taken under submission.

Counsel shall meet and confer and file a joint report re the claims in this matter within 10 days.

| | 2 : 10 |
|---|---|
| Initials of Preparer | lmb |