**NOTE COMPLETE CASE NUMBER**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

FISHER & PAYKEL HEALTHCARE LIMITED, a New Zealand corporation,

Plaintiff,

v.

FLEXICARE INCORPORATED, a California corporation,

Defendant.

Case No. 8:19-CV-00835JVS(DFMx)

**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT CASE NARROWING PROPOSAL TO JULY 15, 2021**

Hon. James V. Selna

The Court, having considered the parties' Stipulation to Extend the Deadline to Submit a Joint Claim Narrowing Proposal to July 15, 2021, and good cause shown, hereby **GRANTS** the Stipulation as follows:

The parties shall have an extension of time to file their Third Joint Status Report on case narrowing from July 8, 2021 to July 15, 2021.

**IT IS SO ORDERED.**

Dated: July 09, 2021

Honorable James V. Selna
UNITED STATES DISTRICT JUDGE