Stephen C. Jensen (SBN 149,894)
steve.jensen@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Marko R. Zoretic (SBN 233,952)
marko.zoretic@knobbe.com
Benjamin J. Everton (SBN 259,214)
ben.everton@knobbe.com
Douglas B. Wentzel (SBN 313,452)
douglas.wentzel@knobbe.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
**FISHER & PAYKEL HEALTHCARE LIMITED**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| FISHER & PAYKEL HEALTHCARE LIMITED, a New Zealand corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLEXICARE INCORPORATED, a California corporation, FLEXICARE MEDICAL LIMITED, a United Kingdom company, and FLEXICARE (GROUP) LIMITED, a United Kingdom company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 8:19-CV-00835-JVS-DFM<br><br>**PLAINTIFF FISHER & PAYKEL HEALTHCARE'S NOTICE OF MOTION AND MOTION FOR LEAVE TO SERVE SUPPLEMENTAL REPORT OF DANIEL M. MCGAVOCK**<br><br>HEARING:<br>August 9, 2021<br>1:30 p.m.<br>Courtroom 10C<br><br>Honorable James V. Selna |

PLEASE TAKE NOTICE that, pursuant to the Court's instruction in its July 7, 2021 Order Regarding Motion for Partial Summary Judgment as to Lost Profits and Motion to Strike ("Order") at 6, Plaintiff Fisher & Paykel Healthcare Limited ("FPH") hereby moves for leave to serve a supplemental report of its expert, Daniel M. McGavock. Subject to the Court's availability, the Motion will be heard on August 9, 2021, at 1:30 p.m., in Courtroom 10C, before the Honorable James V. Selna.

The Court's July 7, 2021 Order explained that "Fisher will be permitted an opportunity to amend its expert's [i.e., Mr. McGavock's] damages report to address the Sales Spreadsheet" and instructed that "Fisher must seek leave to serve any amended damages report addressing the Sales Spreadsheet by July 9, 2021." Order at 6. The Court also provided similar instructions at the parties' June 28 hearing on FPH's Motion to Strike. In view of these instructions, FPH now brings the current Motion.

FPH bases the Motion on this notice; the concurrently filed opening brief; the declaration of Douglas B. Wentzel and the exhibit attached thereto; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. FPH is also lodging a proposed order for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 9, 2021    By: */s/ Sheila N. Swaroop*
    Stephen C. Jensen
    Sheila N. Swaroop
    Marko R. Zoretic
    Benjamin J. Everton
    Douglas B. Wentzel

Attorneys for Plaintiff
FISHER & PAYKEL HEALTHCARE LIMITED